B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Southern District of Florida

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **Vutec Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **20-1145829** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): **11711 W. Sample Road, Coral Springs, FL** ZIP Code **33065** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP Code |
| County of Residence or of the Principal Place of Business: **Broward** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP Code | Mailing Address of Joint Debtor (if different from street address): ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| B1 (Official Form 1)(04/13) | Page 2 |
|---|---|
| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Vutec Corporation** |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: <br> - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br> Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Vutec Corporation** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X  /s/ Chad P. Pugatch, Esq. FL Bar No.**
Signature of Attorney for Debtor(s)

**Chad P. Pugatch, Esq. FL Bar No. 220582**
Printed Name of Attorney for Debtor(s)

**Rice Pugatch Robinson, P.A.**
Firm Name

**101 NE Third Avenue**
**Suite 1800**
**Fort Lauderdale, FL 33301**
Address

Email: cpugatch@rprslaw.com
**954-462-8000  Fax: 954-462-4300**
Telephone Number

**September 30, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Howard L. Sinkoff**
Signature of Authorized Individual

**Howard L. Sinkoff**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**September 30, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re **Vutec Corporation**  
Debtor(s)

Case No.  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| A & M Tape & Packing<br>PO Box 451237<br>Fort Lauderdale, FL 33345 | A & M Tape & Packing<br>PO Box 451237<br>Fort Lauderdale, FL 33345 | Packing Materials & Supplies | | 1,196.97 |
| Corradi USA<br>1433 West Frankford Road<br>Suite 100<br>Carrollton, TX 75007 | Corradi USA<br>1433 West Frankford Road<br>Suite 100<br>Carrollton, TX 75007 | Materials & Supplies | | 6,013.60 |
| Federal Express Corporation<br>PO Box 94515<br>Palatine, IL 60094 | Federal Express Corporation<br>PO Box 94515<br>Palatine, IL 60094 | Freight Forwarding | | 5,868.81 |
| Foster Marketing<br>501 S. 9th Street<br>Suite D<br>Noblesville, IN 46060 | Foster Marketing<br>501 S. 9th Street<br>Suite D<br>Noblesville, IN 46060 | Commission | | 1,613.00 |
| IC Industries, Inc.<br>Drawer #1413<br>PO Box 5935<br>Troy, MI 48007 | IC Industries, Inc.<br>Drawer #1413<br>PO Box 5935<br>Troy, MI 48007 | Materials & Supplies | | 2,307.42 |
| Industrial Webbing Corp.<br>PO Box 740226<br>Boynton Beach, FL 33474 | Industrial Webbing Corp.<br>PO Box 740226<br>Boynton Beach, FL 33474 | Materials & Supplies | | 1,420.00 |
| Intergrated Systems Events, LLC<br>c/o Congrex Holland BV<br>AJ Ernstsraat 595K<br>Amsterdam, 1082 LD<br>The Netherlands | Intergrated Systems Events, LLC<br>c/o Congrex Holland BV<br>AJ Ernstsraat 595K<br>The Netherlands | Services Rendered | | 15,495.19 |
| JV Manufacturing<br>50 E. 10th Court<br>Hialeah, FL 33010 | JV Manufacturing<br>50 E. 10th Court<br>Hialeah, FL 33010 | Materials & Supplies | | 856.17 |
| Laird Plastics, Inc.<br>15825 NW 15th Avenue<br>Miami, FL 33169 | Laird Plastics, Inc.<br>15825 NW 15th Avenue<br>Miami, FL 33169 | Materials & Supplies | | 4,681.00 |
| Lexjet, LLC<br>PO Box 538577<br>Atlanta, GA 30353 | Lexjet, LLC<br>PO Box 538577<br>Atlanta, GA 30353 | Materials & Supplies | | 3,027.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Vutec Corporation**                          Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| M&M Studio<br>1445 Jupiter Park Drive<br>PO Box 7690<br>Jupiter, FL 33458 | M&M Studio<br>1445 Jupiter Park Drive<br>PO Box 7690<br>Jupiter, FL 33458 | Materials & Supplies | | 838.50 |
| M-D Metalsource<br>PO Box 269075<br>Oklahoma City, OK 73126 | M-D Metalsource<br>PO Box 269075<br>Oklahoma City, OK 73126 | Materials & Supplies | | 2,513.70 |
| Pongs Technical Textiles<br>Boschstrade 2<br>48703 Stadtlohn<br>Germany | Pongs Technical Textiles<br>Boschstrade 2<br>48703 Stadtlohn<br>Germany | Materials & Supplies | | 1,878.77 |
| Premier Mfg. & Supply Chain<br>7755 Miller Drive<br>Longmont, CO 80504 | Premier Mfg. & Supply Chain<br>7755 Miller Drive<br>Longmont, CO 80504 | Materials & Supplies | | 1,626.00 |
| R.S. Hughes<br>3840 Executive Way<br>Hollywood, FL 33025 | R.S. Hughes<br>3840 Executive Way<br>Hollywood, FL 33025 | Materials & Supplies | | 1,198.90 |
| Somfy Systems, Inc.<br>PO Box 933229<br>Atlanta, GA 31193 | Somfy Systems, Inc.<br>PO Box 933229<br>Atlanta, GA 31193 | Materials & Supplies | | 23,043.64 |
| Suspa Incorporated<br>Dept. #771506<br>Detroit, MI 48277 | Suspa Incorporated<br>Dept. #771506<br>Detroit, MI 48277 | Materials & Supplies | | 769.00 |
| Town & Country Ind., Inc.<br>Attention: Jackie Rivera<br>400 W. McNab Road<br>Fort Lauderdale, FL 33309 | Town & Country Ind., Inc.<br>Attention: Jackie Rivera<br>400 W. McNab Road<br>Fort Lauderdale, FL 33309 | Materials & Supplies | | 31,782.64 |
| United Parcel Service<br>PO Box 7247-0244<br>Philadelphia, PA 19170 | United Parcel Service<br>PO Box 7247-0244<br>Philadelphia, PA 19170 | Freight Forwarding | | 811.16 |
| Worthington Distribution<br>566 Route 390<br>Tafton, PA 18464 | Worthington Distribution<br>566 Route 390<br>Tafton, PA 18464 | Materials & Supplies | | 1,180.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **September 30, 2015**        Signature  **/s/ Howard L. Sinkoff**
                                                                            **Howard L. Sinkoff**
                                                                            **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

A & M Tape & Packing
PO Box 451237
Fort Lauderdale, FL 33345


Above Board Electronics
2151 O'Toole Avenue
Suite 1
San Jose, CA 95131


Aldo Medaglia
c/o Melvin C. Garner, Esq.
Leason Ellis, LLP
One Barker Avenue, Fifth Floor
White Plains, NY 10601


Alro Steel Corporation
Dept. 771478
PO Box 77000
Detroit, MI 48277-1478


Britt Laminate & Plywood, Inc.
3695 NW 74th Street
Miami, FL 33147


Central Marketing
575 Robbins Road
Suite E
Grand Haven, MI 49417


Corradi USA
1433 West Frankford Road
Suite 100
Carrollton, TX 75007


Delta Picture Frame Co.
8076 NW 76th Avenue
Miami, FL 33166


Dependable Packing Solutions
3505 NW 123rd Street
Miami, FL 33167

```
Dongguan Aoxing AV Equipment Co.
#2, Tiansha Road
Tangxiz Town
Donguan, Guangdong
086 China


Eastern Metal Supply, Inc.
3600 23rd Avenue South
Lake Worth, FL 33461


Federal Express Corporation
PO Box 94515
Palatine, IL 60094


Foster Marketing
501 S. 9th Street
Suite D
Noblesville, IN 46060


Graybar Electric Company, Inc.
PO Box 403062
Atlanta, GA 30384


IC Industries, Inc.
Drawer #1413
PO Box 5935
Troy, MI 48007


Industrial Webbing Corp.
PO Box 740226
Boynton Beach, FL 33474


Intergrated Systems Events, LLC
c/o Congrex Holland BV
AJ Ernstsraat 595K
Amsterdam, 1082 LD
The Netherlands


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Interstate Screw Corp.
475 West 18th Street
Hialeah, FL 33010
```

```
JV Manufacturing
50 E. 10th Court
Hialeah, FL 33010


Kaman Industrial Technologies
PO Box 402847
Atlanta, GA 30384


Laird Plastics, Inc.
15825 NW 15th Avenue
Miami, FL 33169


Leason Ellis, LLP
c/o Melvin C. Garner, Esq.
One Barker Avenue
Fifth Floor
White Plains, NY 10601


Lexjet, LLC
PO Box 538577
Atlanta, GA 30353


M&M Studio
1445 Jupiter Park Drive
PO Box 7690
Jupiter, FL 33458


M-D Metalsource
PO Box 269075
Oklahoma City, OK 73126


Marom Keystone
PO Box 741156
Atlanta, GA 30374


MC Master-Carr Supply, Co.
Monmounth Juction Road
PO Box 7690
Chicago, IL 60680


Nazdar Southeast
PO Box 71097
Chicago, IL 60694
```

Norton Carbide Tool, Inc.
5775 Orange Drive
Fort Lauderdale, FL 33314


Philip A. Pecorino
c/o Melvin C. Garner, Esq.
Leason Ellis, LLP
One Barker Avenue, Fifth Floor
White Plains, NY 10601


Pongs Technical Textiles
Boschstrade 2
48703 Stadtlohn
Germany


Praxair Distribution
1661 NW 19th Avenue
Pompano Beach, FL 33069


Premier Mfg. & Supply Chain
7755 Miller Drive
Longmont, CO 80504


R.S. Hughes
3840 Executive Way
Hollywood, FL 33025


Robert L. Wheeler
16A Brooklyn Drive
Emmer Green
Reading, UK RG48SS
Canada


Sapa Extrusions N. America
PO Box 2310
Carol Stream, IL 60132


Sheward & Sons & Sons
3000 Airway Avenue-Front
Costa Mesa, CA 92626


Somfy Systems, Inc.
PO Box 933229
Atlanta, GA 31193

Specialty Supplies, Inc.
3400 PArk Central Blvd., North
Pompano Beach, FL 33064


Super Brite Screw Corp.
7265 West 19th Court
Hialeah, FL 33014


Suspa Incorporated
Dept. #771506
Detroit, MI 48277


TD Bank, N.A.
2600 N. University Drive
Coral Springs, FL 33065


Town & Country Ind., Inc.
Attention: Jackie Rivera
400 W. McNab Road
Fort Lauderdale, FL 33309


United Parcel Service
PO Box 7247-0244
Philadelphia, PA 19170


UPS SCS Atlanta
PO Box 533238
Charlotte, NC 28290


USA Roller Chain & Sprockets
PO Box 783695
Winter Garden, FL 34778


Vutec Management Corp.
11711 W. Sample Road
Coral Springs, FL 33065


Worthington Distribution
566 Route 390
Tafton, PA 18464